UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOE J. BALTAS, )
    Plaintiff, )
)
v. ) C.A. No. 24-cv-088-JJM-LDA
)
WAYNE T. SALISBURY, JR., et al., )
    Defendant. )

## OMNIBUS ORDER

Joe Baltas is a Connecticut prisoner, housed at the Rhode Island Department of Corrections, under the Rhode Island Department of Corrections and Connecticut Department of Corrections Contract for the Implementation of the Interstate Corrections Compact.

He has filed an Emergency Motion for Declaratory or Injunctive Relief Regarding his Right to Speedy Trial. ECF No. 50. He claims that his constitutional rights are being violated because he has not yet had his eight Connecticut state court charges adjudicated.

Mr. Baltas' motion fails because he has not established the requisite irreparable harm to obtain an injunction. There is no evidence before the Court concerning any of the eight state charges, any attempt by him to press his speedy trial argument in Connecticut state court where the charges are pending, or any evidence of any unadjudicated constitutional violation of his right to a speedy trial in Connecticut. His failure to demonstrate that he is being held against his constitutional rights fatal to his injunctive and declaratory relief request.

The Court DENIES Mr. Baltas' Emergency Motion for Declaratory or Injunctive Relief. ECF No. 50.

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
Chief United States District Judge

September 30, 2024